UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-61261-CIV-ZLOCH

STAN COOPER and NEERAJ METHI,
individually and on behalf of
all others similarly situated,

     Plaintiffs,

vs.

DJSP ENTERPRISES, INC., DAVID
J. STERN and KUMAR GURSAHANEY,

     Defendants.

_____/

**ORDER OF REFERRAL TO UNITED
STATES MAGISTRATE JUDGE
ROBIN S. ROSENBAUM**

THIS CAUSE is before the Court upon the Motion For Appointment Of Philadelphia Financial Management of San Francisco, LLC As Lead Plaintiff And Approval Of Selection Of Counsel (DE 5) and Motion Of Stan Cooper, Neeraj Methi, Gary Curson And Blue Lion Capital For Appointment As Lead Plaintiff And Approval Of Lead Plaintiffs' Selection Of Lead Counsel And Liaison Counsel (DE 7).  The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED** that pursuant to the provisions of 28 U.S.C. § 636 and pursuant to Rule 1 of the Magistrate Rules for the United States District Court, Southern District of Florida, the aforementioned Motions be and the same are hereby referred to the United States

Magistrate Judge for disposition.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___21st___ day of October, 2010.


WILLIAM J. ZLOCH
United States District Judge


Copies furnished:
Magistrate Judge Robin S. Rosenbaum
All Counsel of Record

2